JS-6

1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  LISABETH SHINER
   California Bar No. 151792
6  Special Assistant United States Attorney
   Asset Forfeiture Section
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-6528
9       Facsimile: (213) 894-7177
        E-mail: Lisabeth.Shiner@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12

13                  UNITED STATES DISTRICT COURT

14               FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                         WESTERN DIVISION

16 UNITED STATES OF AMERICA,      )
                                  )   NO.  CV 07-1048 DSF (MANx)
17               Plaintiff,       )
                                  )
18          v.                    )
                                  )   **CONSENT JUDGMENT OF**
19 $97,667.00 IN U.S.             )   **FORFEITURE**
   CURRENCY,                      )
20                                )
                 Defendant.       )
21 _____  )
                                  )
22                                )
   MANUEL CARRILLO-LARA, et al.,  )
23                                )
                 Claimants.       )
24 _____  )

25

26      Plaintiff the United States of America filed this action

27 against the $97,667.00 in U.S. currency ("defendant currency") on

28 February 14, 2007.  Notice was given and published in accordance

with law.  Manuel Carrillo-Lara, Angel Carrillo-Lara and Rosario Carrillo each filed claims in this action on March 21, 2007 and answers on April 10, 2007.  On December 11, 2007, Angel Carrillo-Lara and Rosario Carrillo each filed a withdrawal of claim.  No other parties have appeared in this action, and the time for filing claims and answers has expired.  Plaintiff and claimant Manuel Carrillo-Lara ("claimant") have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.
2. Notice of this action has been given in accordance with law.  The Court deems that all other potential claimants to the defendant currency admit the allegations of the Complaint to be true.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.
3. The United States of America shall have judgment as to $77,667.00 of the defendant currency, plus all interest earned by the government on said assets, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.
4. $20,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant, to be dispersed forthwith, and returned in care of his attorney, Paul L. Gabbert.  Said

|  |  |
|---|---|
| 1 | funds shall be forwarded by a check made payable in the |
| 2 | amount of $20,000.00 to "Paul L. Gabbert Client Trust |
| 3 | Account," and shall be mailed to Paul L. Gabbert, 2115 |
| 4 | Main Street, Santa Monica, CA 90405. |

5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: 6-5-08

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

[Signatures of counsel appear on the next page.]

**Approved as to form and content:**

Dated: June___, 2008

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
LISABETH SHINER
Special Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

Dated: June ___, 2008

PAUL L. GABBERT

_____
PAUL L. GABBERT

Attorney for Claimant
MANUEL CARRILLO-LARA